IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 APR -3 PM 3: 43
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| DARRYL CARTER and, <br> BRENDA CARTER <br><br> Plaintiff, <br><br> v. <br><br> DALE WESTFELT and VALICOR <br> ENVIRONMENTAL SERVICES, <br> LLC, <br><br> Defendants. | ) <br> ) <br> ) Cause No. <br> ) <br> ) <br> ) **1:15-cv-0537 WTL-MJD** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

Defendants Dale Westfelt and Valicor Environmental Services, LLC, by counsel, files their notice of removal of this cause from the Perry County Court in which it is now pending, to the District Court for the United States for the Southern District of Indiana. In support of this notice of removal, the Defendant would show the court as follows:

1. Dale Westfelt and Valicor Environmental Services, LLC, are defendants in an action now pending in the Perry County Court, State of Indiana, under cause number 62C01-1503-CT-00084.

2. Dale Westfelt and Valicor Environmental Services, LLC, file their notice of removal pursuant to 28 U.S.C. § 1446.

3. Plaintiffs Darryl Carter and Brenda Carter at the commencement of this action and ever since hve been and still are citizens of the State of Indiana.

4. The Defendants in this case are not citizens of the State of Indiana. A corporation is a citizen of the state where it is incorporated and the state where its principal place of business is located. A limited liability company is treated as a citizen of the states where its members are citizens.

    a. Valicor Inc., is a corporation with its principal place of business in Michigan and its state of incorporation in Delaware. The sole member of Valicor, Inc., is Valicor Environmental Services, LLC, a Ohio corporation with a principal place of business in Ohio.

    b. Dale Westfelt is a citizen of Ohio and was a citizen of the state of Ohio at the time of this incident.

5. Undersigned counsel has a good faith belief that the amount in controversy, defined as the amount required to satisfy the Plaintiff's demands in full at the time of the filing of the Complaint, exceeds $75,000.00. Plaintiffs Darryl Carter and Brenda Cater allege in their complaint that they suffered physical injuries, permanent injuries, property damage, loss of companionship, lost wages, and seek punitive damages against the defendants.

6. Defendants Dale Westfelt and Valicor Environmental Services, LLC, are not aware of any demands or offers that have been made in this lawsuit.

7. This notice of removal is timely filed as to Dale Westfelt and Valicor Environmental Services, LLC. Dale Westfelt and Valicor Environmental Services, LLC, were served on March 5, 2015. Hence, this notice of removal is timely filed pursuant to 28 U.S.C. 1446.

8. Attached hereto as "Exhibit A" are copies of all process, pleadings, and orders

served upon the defendant in the Perry County Court action including the complaint. Attached hereto as "Exhibit B" are copies of Dale Westfelt and Valicor Environmental Services, LLC's appearance of counsel in the Perry County Court action.

10. A copy of the Dale Westfelt and Valicor Environmental Services, LLC's notice to the Plaintiff and Clerk of Perry County Court of the defendants' application to remove cause to federal court is attached hereto as "Exhibit C."

Respectfully submitted,

Christopher D. Cody, Atty. No.: 24127-32
Hume Smith Geddes Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
PH: 317/632-4402    FAX: 317/632-5595
ccody@humesmith.com

*Attorney for Defendant Dale Westfelt and Valicor Environmental Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded by U.S. Mail, postage prepaid, to the following attorney on the ___3rd___ day of ___April_____, 2015.

Bradford J. Smith
Nunn Law Office
104 Franklin Road
Bloomington, IN 47404

_____
Christopher D. Cody